Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE: Fosamax Products Liability                  :
Litigation                                          :
-----------------------------------------------------x
*This Document Relates to:*                        :        1:06-md-1789 (JFK)
Elyene Underwood & Lendell Underwood   :
v. Merck & Co., Inc.                               :
                                                    :
Case No: 1:07-cv-7353-JFK                          :        **Rule 7.1 Statement**
-----------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       September 17, 2007

                                    Respectfully submitted,

                                    HUGHES HUBBARD & REED LLP

                                    By:___/s/_____
                                        Norman C. Kleinberg
                                        Theodore V. H. Mayer
                                        William J. Beausoleil

                                    One Battery Park Plaza
                                    New York, New York 10004-1482
                                    (212) 837-6000
                                    *Attorneys for Defendant Merck & Co., Inc.*