September 13, 2007

**Callahan Lawyers Service**
50 Main Street
P.O. Box 632
Hackensack, NJ, 07602
(201) 489-2245 (877) 767-2245 , (201) 489-8093 Fax

**RETURN SERVICE REQUESTED**

Invoice

CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM AL 35205

205-328-2200 Business
-------<

Reference Job #35100 when remitting.

# PERSONAL

Process Service Fee (1 Address, 1 Affidavit, Non-Rush) $75.00

ELYENE UNDERWOOD and LENDELL UNDERWOOD vs
MERCK & CO., INC.,

Total Service Fees : $75.00

Docket/Case Number: 07 CV 7353
SUM Sum in a Civil Action & Complaint
**MERCK & CO., INC.**

Completed Personal Service to CONNIE BOYLE, LEGAL
ASSISTANT , Agent in Charge on
September 12, 2007 at 3:51 PM,
at: MERCK & CO., INC., 1 MERCK DRIVE, WHITEHOUSE
STATION, NJ 08889
by DANNY CALLAHAN, PROCESS SERVER

Sex: **Female** Skin: **White** Hair: **Brown** Height: **5' 8"** Weight: **150-160 lbs** Age: **50**

**DUE ON RECEIPT: $75.00**

Thank You!!
We appreciate your business!
**Our Tax ID: 22-2868766**

REMINDER
Callahan Lawyers Service can serve all of your process, including Summons and Complaints, locally, nationally, and internationally.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/12/07 |
| NAME OF SERVER (PRINT) Danny Callahan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): By delivering and leaving documents with Connie Boyle, Legal Assistant-person authorized to accept service on behalf of Merck & Co. Inc. at its usual place of business at 1 Merck Dr. Whitehouse Station NJ

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/12/07
_____ Date

Signature of Server

50 Main St. Hackensack, NJ 07601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.